# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard S. Greenspan<br>　　　　　　　　　　Debtor | CHAPTER 7 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　　　　　　Movant<br>　　vs.| NO. 17-18209 ELF |
| Richard S. Greenspan<br>　　　　　　　　　　Debtor | 11 U.S.C. Section 362 |
| Bonnie B. Finkel Esq.<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this  31st  day of  January , 2018 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** that the Motion for Relief from the Automatic Stay is **GRANTED** and the Automatic Stay under 11 U.S.C. Section 362), is **MODIFIED** with respect to the subject premises located at 233 South Fieldstone Court, Yardley, PA 19067 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**