**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| **RICHARD S. GREENSPAN,** | : | |
| Debtor | : | Bky. No. 17-18209  ELF |

# O R D E R

**AND NOW,** the Debtor having filed with the court a reaffirmation agreement between the Debtor and Nissan Motor Acceptance Corporation ("the Reaffirmation Agreement"),

**AND**, the court having found, in its Order dated **January 24, 2018**, that a presumption exists that the Reaffirmation Agreement would impose an undue hardship on the Debtor,

**AND**, the court having scheduled a hearing pursuant to 11 U.S.C. §524(m) to permit the parties to present evidence to rebut the presumption of undue hardship and to determine whether the Reaffirmation Agreement should be disapproved ("the §524(m)(1) Hearing"),

**AND**, no party in interest having appeared at the §524(m)(1) Hearing to rebut the presumption of undue hardship,

It is hereby **ORDERED** and **DETERMINED** that the Reaffirmation Agreement is **DISAPPROVED.**

**Date: March 14, 2018**

  _____
  **ERIC L. FRANK**
  **U.S. BANKRUPTCY JUDGE**