United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Richard S. Greenspan
    Debtor

Case No. 17-18209-elf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Mar 15, 2018
Form ID: pdf900     Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.
```
db         +Richard S. Greenspan,    233 South Fieldstone Court,    Yardley, PA 19067-5711
cr         +Nissan Motor Acceptance Corporation,    Stewart, Zlimen, & Jungers, LTD,    2860 Patton Road,
             Roseville, MN 55113-1100
cr         +Santander Consumer USA Inc.,    2860 Patton Rd.,    Roseville, MN 55113-1100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:22     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 16 2018 01:32:07
              Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 16 2018 01:32:14     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2018 01:28:20     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 4
```
     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
```
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DIANA M. DIXON    on behalf of Debtor Richard S. Greenspan dianamdixonesq@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               KMcDonald@blankrome.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| RICHARD S. GREENSPAN, | : | |
| Debtor | : | Bky. No. 17-18209  ELF |

# O R D E R

**AND NOW,** the Debtor having filed with the court a reaffirmation agreement between the Debtor and Nissan Motor Acceptance Corporation ("the Reaffirmation Agreement"),

**AND**, the court having found, in its Order dated **January 24, 2018**, that a presumption exists that the Reaffirmation Agreement would impose an undue hardship on the Debtor,

**AND**, the court having scheduled a hearing pursuant to 11 U.S.C. §524(m) to permit the parties to present evidence to rebut the presumption of undue hardship and to determine whether the Reaffirmation Agreement should be disapproved ("the §524(m)(1) Hearing"),

**AND**, no party in interest having appeared at the §524(m)(1) Hearing to rebut the presumption of undue hardship,

It is hereby **ORDERED** and **DETERMINED** that the Reaffirmation Agreement is **DISAPPROVED.**

**Date: March 14, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**