**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  **RICHARD S. GREENSPAN**  :  **Chapter 7**
:
**Debtor**  :  **Bky. No.  17-18209 ELF**

# O R D E R

**AND NOW,** the Debtor having filed with the court a reaffirmation agreement between

the Debtor and Santander Consumer USA ("the Reaffirmation Agreement"),

**AND**, the Court having found, in its Order dated **March 13, 2018**, that a presumption

exists that the Reaffirmation Agreement would impose an undue hardship on the Debtor,

**AND**, the Court having held a hearing pursuant to 11 U.S.C. §524(m) to permit the

parties to present evidence to rebut the presumption of undue hardship and to determine whether

the Reaffirmation Agreement should be disapproved;

**AND**, the Debtor having rebutted the presumption of undue hardship,


It is hereby **ORDERED** and **DETERMINED** that the Reaffirmation Agreement **IS NOT**

**DISAPPROVED** pursuant to 11 U.S.C. §524(m)**.**

Date:  **April 4, 2018**

        **ERIC L. FRANK**
        **U.S. BANKRUPTCY JUDGE**