United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard S. Greenspan  
      Debtor

Case No. 17-18209-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Stacey　　Page 1 of 1　　Date Rcvd: Apr 12, 2018  
　　　　　　　　　　Form ID: 195　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.  
db　　　　+Richard S. Greenspan,   233 South Fieldstone Court,   Yardley, PA 19067-5711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018　　　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:  
     BONNIE B. FINKEL　　finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net  
     DIANA M. DIXON　　on behalf of Debtor Richard S. Greenspan dianamdixonesq@gmail.com  
     KEVIN G. MCDONALD　　on behalf of Creditor　Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
     REBECCA ANN SOLARZ　　on behalf of Creditor　Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
     United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Richard S. Greenspan  : Case No. 17−18209−elf
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , April 12, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

33
Form 195